UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 14-10412-WRS
Chapter 13

PHILIP KILLINGSWORTH
MELISSA KILLINGSWORTH,

    Debtors.

**ORDER DISMISSING MELISSA KILLINGSWORTH**

For the reasons set forth on the record on April 6, 2016, on the motion to sever Melissa Killingsworth from this chapter 13 case and convert her case to a chapter 7 (Doc. 33), it is

ORDERED that Melissa Killingsworth is dismissed as a debtor from this bankruptcy case.

This order does not affect the status of Philip Killingsworth as a debtor in this chapter 13 case.

Done this 8th day of April, 2016.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Debtors
   Rafael Gil III, Attorney for Melissa Killingsworth
   Curtis C. Reding, Trustee
   All Creditors

Case 16-10658    Doc 1    Filed 04/11/16    Entered 04/11/16 11:16:28    Desc Main
Document    Page 1 of 1